Anna Y. Park
Derek W. Li
Gregory L. McClinton
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>99 CENTS SUPERMARKETS, INCORPORATED, d/b/a, 99 CENTS SUPERMART, INCORPORATED and 99 CENTS SUPERMARKETS, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV 08-0019<br><br>**NOTICE OF WAIVER OF SERVICE OF SUMMONS** |

On May 12, 2008, the U.S. Equal Employment Opportunity Commission filed the executed Waiver of Service of Summons attached hereto.

Respectfully Submitted,

Dated: May 12, 2008           U.S. EQUAL EMPLOYMENT
                              OPPORTUNITY COMMISSION

                    By:    /s/  Anna Y. Park   .
                           Anna Y. Park
                           Attorneys for Plaintiff

-1-