Richard W. Pierce
Richard W. Pierce, Law Office, LLC
P.O. Box 503514
Saipan, MP 96950-3514
Telephone: (670) 235-3425
Facsimile: (670) 235-3427

Attorney for 99 Cents Supermart, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>99 CENTS SUPERMARKETS, INCORPORATED, et al.<br>　　　Defendants. | Civil Action No. 08-0019<br><br>ANSWER TO COMPLAINT |

　　　99 Cents Supermart, Inc., responds to the Complaint as follows:

　　　1.　　No response is required to the introductory paragraph of the Complaint; to the extent a response is required, 99 Cents Supermart denies any intentional or unlawful discrimination with respect to the named charging party or any other individual.

　　　2.　　With respect to paragraphs 1 and 2 of the Complaint, 99 Cents Supermart admits that this Court has jurisdiction of the claim and that Plaintiff alleges certain statutes that provide the Court with jurisdiction. Otherwise, the allegations in the paragraph are denied.

　　　3.　　With respect to paragraph 3 of the Complaint, 99 Cents Supermart admits that venue lies in this Court; the remaining allegations in the paragraph are denied.

4. With respect to paragraph 4 of the Complaint, 99 Cents Supermart admits to the same.

5. With respect to paragraph 5 of the Complaint, 99 Cents Supermart admits that it employs and has employed at least 15 employees; the remaining allegations in the paragraph are denied.

6. With respect to paragraph 6 of the Complaint, 99 Cents Supermart admits that it has engaged and is engaged in an industry affecting commerce; the remaining allegations in the paragraph are denied.

7. With respect to paragraph 7 of the Complaint, 99 Cents Supermart denies the same.

8. With respect to paragraph 8 of the Complaint, 99 Cents Supermart denies the same.

9. With respect to paragraph 9 of the Complaint, 99 Cents Supermart denies the same.

10. With respect to paragraph 10 of the Complaint, 99 Cents Supermart denies the same but admits that Plaintiff made a more limited determination with respect to 99 Cents Supermarket.

11. With respect to paragraphs 11, 12, 13, 14, 15, 16, 17, and 18 of the Complaint, 99 Cents Supermart denies the same.

12. 99 Cents Supermart denies any allegation not specifically admitted.

**AFFIRMATIVE DEFENSES**

1. Plaintiff has failed to state a claim upon which relief may be granted.

2. Plaintiff's claims on behalf of the charging party and any other allegedly similarly situated individuals are barred in whole or in part by laches, estoppel, waiver, and the applicable statute of limitations.

3. At all material times, 99 Cents Supermart acted in good faith toward the charging party and similarly situated individuals.

4. 99 Cents Supermart would have taken the same actions with respect to the charging party and similarly situated individuals in the absence of any impermissible motivating factor.

5. Charging party and similarly situated individuals are barred from obtaining any relief as pleaded in the Complaint because of the failure to take reasonable, necessary, appropriate, and feasible steps to mitigate their damages, if any.

## PRAYER FOR RELIEF

For the foregoing reasons, 99 Cents Supermart prays that the Court grant the following relief:

1. That Plaintiff and the charging party take nothing from the Complaint; and

2. That 99 Cents Supermart be awarded costs, fees, and such other relief as appropriate under law and equity.

Respectfully submitted this 30th day of May 2008.

RICHARD W. PIERCE, LAW OFFICE, LLC

/s/ R W Pierce
RICHARD W. PIERCE
For 99 Cents Supermart, Inc.