UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

JUN 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

vs.

99 CENTS SUPERMARKETS,
INCORPORATED, et al.

Defendants.

Civil Action No. 08-0019

Case Management Scheduling Order

Anna Y. Park
Attorney at Law
U.S. EEOC
Los Angeles District Office
255 E. Temple St. 4th Floor
Los Angeles, CA 90012

Richard W. Pierce
Attorney at Law
P.O. Box 503514
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on June 20, 2008.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 08/82)

As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before October 31, 2008.

2. All motions to amend pleadings shall be filed on or before October 31, 2008.

3. All discovery shall be served by November 3, 2008.

4. All discovery motions shall be filed so as to be heard on or before December 18, 2008. The following discovery documents and proofs of service thereof shall <u>not</u> be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then <u>only</u> that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. A status conference will be held on November 7, 2008, at 8:30 a.m.

6. All dispositive motions shall be heard on or before January 29, 2009. Said motions shall be filed in accordance with Local Rules 7.1.

7. A settlement conference will be held on September 19, 2008, at 10:30 a.m., and February 6, 2009, at 1:30 p.m.

8. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by February 25, 2009.

9. A final pretrial conference will be held on February 27, 2009, at 9:00 a.m.

10. The trial in this case shall begin on March 9, 2009, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 20th day of June, 2008, Garapan, Saipan, CNMI.

*Alex R Munson*
JUDGE ALEX R. MUNSON